**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6648**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FREDDIE JONES, JR.,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CR-93-79-BO, CA-00-42-5-BO)

———————

Submitted:  September 28, 2001      Decided:  October 17, 2001

———————

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Freddie Jones, Jr., Appellant Pro Se.  Robert Edward Skiver, Assis-
tant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Freddie Jones, Jr., seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001), and denying his motions to alter or amend, for recusal, and for a certificate of appealability. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Jones, Nos. CR-93-79-BO; CA-00-42-5-BO (E.D.N.C. Oct. 12, 2000; Feb. 17, 2001; May 1 & 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED